EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI   #2286
Chief, Narcotics Section

THOMAS C. KOENIG   #3704
Special Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 356-4402
Facsimile: (808) 356-4499
tkoenig@HI-HIDTA.org

Attorneys for Plaintiff
UNITED STATES OF AMERICA

SEALED BY ORDER OF THE COURT

FILED IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 06 2004
at __ o'clock and __ __M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. CR 04-00385 HG |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [21 U.S.C. Sections 860(a), 841(a)(1), 841(b)(1)(C)] |
| NELSON DAVIS,   (01) | ) | |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about January 22, 2004, in the District of Hawaii, Defendant, NELSON DAVIS, knowingly and intentionally distributed

approximately 0.092 grams of a mixture and substance containing methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising an elementary school,

In violation of Title 21, United States Code, Sections 860(a), 841(a)(1) and 841(b)(1)(C).

## COUNT 2

The Grand Jury further charges that:

On or about January 26, 2004, in the District of Hawaii, Defendant, NELSON DAVIS, knowingly and intentionally distributed approximately 0.086 grams of a mixture and substance containing methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising an elementary school,

In violation of Title 21, United States Code, Sections 860(a), 841(a)(1) and 841(b)(1)(C).

## COUNT 3

The Grand Jury further charges that:

On or about February 21, 2004, in the District of Hawaii, Defendant, NELSON DAVIS, knowingly and intentionally distributed approximately 0.228 grams of a mixture and substance containing methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising an elementary school,

In violation of Title 21, United States Code, Sections 860(a), 841(a)(1) and 841(b)(1)(C).

DATED: _____10/6/04_____, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
THOMAS C. KOENIG
Special Assistant U.S. Attorney